UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHAUS MALIK,<br>Plaintiff,<br>v.<br>ROBIN ARIAS, et al.,<br>Defendants. | No. 2:25-cv-003111 DJC CKD (PS)<br><br><u>ORDER</u> |

Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

On June 23, 2026, the Magistrate Judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections. The Court has conducted a de novo review and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

////

////

Accordingly, IT IS HEREBY RECOMMENDED THAT:

1. The June 23, 2026 findings and recommendations (ECF No. 19) are adopted in full;
2. Defendants' motion to dismiss (ECF No. 11) is GRANTED;
3. The FINRA award in Case No. 24-02022 is confirmed; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 15, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE